# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA :
      Plaintiff, :
:
      v. : Case No. 1:10-CR-00090-01S-LDA
:
  JAMES BARTLETT :
:
      Defendants. :

## ORDER OF COURT

Upon consideration of Magistrate Judge Lincoln D. Almond's Report and Recommendation, and defendant's objection thereto, the Court hereby GRANTS in part the Report and Recommendation as to the finding of fact, and DENIES in part the Report and Recommendation as to the recommended sentence. Based on the Court's review of all relevant factors, the Court finds that the defendant shall not serve a term of incarceration on this violation and hereby orders that his term of supervised release be terminated as of the date of this order.

It is so ordered.

By the Court:

February 10, 2016

/s/William E. Smith
William E. Smith
Chief U.S. District Judge